# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129396

JEAN DILLON-BARBER,
      Plaintiff-Appellant,

v

REGENTS OF THE UNIVERSITY OF
MICHIGAN, SUSAN SHEPPARD,
Individually, and LINDA BOYLE CREPS,
individually,
      Defendants-Appellees.

SC: 129396
COA: 250596
Washtenaw CC: 99-011089-CZ

_____/

On order of the Court, the application for leave to appeal the June 7, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

t0221